No. 652, Misc.   MUHLENBROICH *v.* HEINZE, WARDEN;
No. 655, Misc.   O'ROURKE *v.* NEW YORK;
No. 673, Misc.   EX PARTE SCHLETTE;
No. 690, Misc.   JACKSON *v.* HEINZE, WARDEN;
No. 696, Misc.   BARNES *v.* MAXWELL, WARDEN;
No. 708, Misc.   YARBOROUGH *v.* OHIO ET AL.;
No. 777, Misc.   JUSTUS *v.* NEW MEXICO;
No. 803, Misc.   ANTIPAS *v.* OVERHOLSER, HOSPITAL SUPERINTENDENT;
No. 808, Misc.   PHILLIPS *v.* TAYLOR, WARDEN;
No. 813, Misc.   RAYMOND *v.* RANDOLPH ET AL.;
No. 823, Misc.   HARRELL *v.* REID, JAIL SUPERINTENDENT;
No. 845, Misc.   FURMAN *v.* DEPARTMENT OF PUBLIC SAFETY OF ILLINOIS ET AL.;
No. 865, Misc.   RINKES *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL.;
No. 904, Misc.   SCHMITT *v.* WISCONSIN ET AL.; and
No. 946, Misc.   SMITH *v.* NEW MEXICO.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 614, Misc.   BISHOP *v.* COOPER, SUPERINTENDENT. The motion to substitute Dr. A. A. Birzgalis in the place of Dr. R. E. Cooper as the party respondent is granted. The motion for leave to file petition for writ of habeas corpus is denied.

No. 544, Misc.   TAYLOR *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT;
No. 636, Misc.   SAULSBURY *v.* OHIO;
No. 639, Misc.   DRAPER *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL.; and
No. 647, Misc.   LORENTZEN *v.* RHAY, PENITENTIARY SUPERINTENDENT.   Motions for leave to file petitions for writs of habeas corpus denied.   Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.